JOHN D. MUNDING
CRUMB & MUNDING, P.S.
The Davenport Tower, PH 2290
111 S. Post Street
Spokane, WA 99201
509-624-6464
munding@crumb-munding.com

Attorneys for Defendant.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| In re<br><br>MARK ATHONY WILLIAMS, JR.<br>fdba TEXAS AUTO SALES nka<br>ALPINE MOTORS,<br><br>Debtor. | Chapter 7<br><br>CASE NO:10-01572-PCW7<br><br>**LIMITED RESPONSE AND OBJECTION TO TRUSTEE'S MOTION TO SELL PROPERTY (DOCKET NO. 30 – 32)** |

## I. RESPONSE

The Debtor, Mark A. Williams, hereby responds to and objects to the Trustee's Motion to Sell Property on a limited basis. The Debtor claims an exemption in such property, but also recognizes the Trustee's statutory ability to sell property subject to

LIMITED RESPONSE AND OBJECTION TO TRUSTEE'S
MOTION TO SELL PROPERTY - 1

CRUMB & MUNDING, P.S.
THE DAVENPORT TOWER
111 S. POST STREET, PH 2290
SPOKANE, WA 99201
(509) 624-6464
FAX (509) 624-6155

claims and exemptions. The Debtor opposes the present proposed sale on the following basis.

## II. BASIS OF OBJECTION

1. The Debtor contends and believes he was and is the sole owner of 100% of the common stock ARI.

2. During the period of operation, ARI has incurred certain tax liabilities that remain due and owing to the Internal Revenue Service/Department of Treasury, including 941 taxes.

3. Federal Law requires employees to withhold taxes from employee's paychecks. Failing to make such payment results in penalties and interest, including responsible party liability beyond the corporate level.

4. The Trustee's Notice of Motion fails to address "successor liability" for tax obligation of the corporation. Is the new purchaser assuming this ongoing tax liability? Will the sale of stock by a Trustee in this manner relieve responsibility of the Debtor as a responsible person for tax obligations assumed as part of the sale?

5. If the tax obligations are being assumed with purchase of control of ARI and the Debtor is relieved of personal liability, the Debtor does not oppose the Motion.

6. The proposed purchaser is believed to be affiliated with the Plaintiff, Jeffrey Saunders, in the Adversary Proceeding. The underlying claims and such adversary

LIMITED RESPONSE AND OBJECTION TO TRUSTEE'S
MOTION TO SELL PROPERTY - 2

CRUMB & MUNDING, P.S.
THE DAVENPORT TOWER
111 S. POST STREET, PH 2290
SPOKANE, WA 99201
(509) 624-6464
FAX (509) 624-6155

proceeding flow from the business activities / ownership of ARI. Plaintiff Jeffrey Saunders's case may be impaired by this proposed sale. Full disclosure of the purchaser's relationship to Saunders is requested.

### III. RELIEF

WHEREFORE, the Debtor respectfully requests clarification and full disclosure of all tax implications and assumption of tax liability prior to consenting to purchase.

DATED this 2 day of August, 2010.

CRUMB & MUNDING, P.S.

JOHN D. MUNDING, WSBA #21734
Attorney for Debtor
111 S. Post Street, PH 2290
The Davenport Tower
Spokane, WA 99201
Phone: (509) 624-6464
Fax: (509) 624-6155

p:\files\Williams\2010.024

LIMITED RESPONSE AND OBJECTION TO TRUSTEE'S
MOTION TO SELL PROPERTY - 3

CRUMB & MUNDING, P.S.
THE DAVENPORT TOWER
111 S. POST STREET, PH 2290
SPOKANE, WA 99201
(509) 624-6464
FAX (509) 624-6155

10-01572-PCW7    Doc 42    Filed 08/02/10    Entered 08/02/10 18:55:02    Pg 3 of 3